# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00022-CV

**Beacon Hill Staffing Group, LLC; Cody Cox; and Brannon Ross, Appellants**

**v.**

**Kforce, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-14-004781, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Beacon Hill Staffing Group, LLC; Cody Cox; and Brannon Ross and appellee Kforce, Inc. have notified this Court that they no longer wish to pursue this appeal and have filed a joint motion to dismiss it with prejudice. We grant the parties' motion and dismiss this appeal with prejudice. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Joint Motion

Filed: April 15, 2015